Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Celeste Bacchi
Assistant Federal Public Defender
California Bar No. 307119
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Celeste_Bacchi@fd.org

*Attorney for Petitioner Johnaton Eduardo Paredes Estrada

United States District Court
District of Nevada

| | |
|---|---|
| Johnaton Eduardo Paredes Estrada,<br>Petitioner,<br>v.<br>Todd Blanche, *et al.*,<br>Respondents. | Case No. 2:26-cv-02483-APG-MDC<br>**ORDER GRANTING**<br>**Petitioner's Unopposed Motion for Extension of Time to File Amended Habeas Petition (First Request)** |

Petitioner Johnaton Eduardo Paredes Estrada, through undersigned counsel, requests the Court extend the due date for his Amended Petition by ten days, up to and including September 28, 2026. This is the first request for an extension of time.

On August 17, 2026, this Court issued an order establishing a briefing schedule in this matter. ECF No. 3. Pursuant to this schedule, the current deadline for filing the Amended Petition is September 18, 2026.

Mr. Paredes Estrada, who is detained at Nevada Southern Detention Center, has arranged for records that are relevant to his habeas petition to be sent to undersigned counsel. As of the filing of this request for an extension of time, counsel has not yet received these records. Once received, counsel will need to review the

records, research the developing caselaw, and confer with her client before filing the petition. Because undersigned counsel is on medical leave September 17 and 18, 2026, Petitioner requests ten days to file the amended petition.

On September 16, 2026, undersigned counsel emailed counsel for Respondents, Assistant United States Attorney Tamer B. Botros, to confer about this request for an extension. AUSA Botros stated that he has no objection to the requested extension.

This motion is filed in good faith and for good cause. It is not filed for the purposes of delay, but in the interests of justice and the interests of Petitioner.

Dated September 17, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Celeste Bacchi*
Celeste Bacchi
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: September 18, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE