**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHNATON EDUARDO PAREDES ESTRADA,

Petitioner

v.

TODD BLANCHE, et al.,

Respondents

Case No.: 2:26-cv-02483-APG-MDC

**Order (1) Granting First Amended Petition and (2) Granting in Part Motion to Seal**

[ECF Nos. 9, 11]

Petitioner Johnaton Eduardo Paredes Estrada is a noncitizen who has been held in custody by Immigration and Customs Enforcement (ICE) since July 2026. ECF No. 10-1 at 3. He received a bond hearing from an immigration judge, who determined he did not meet his burden to show he is not a danger to the community. ECF No. 10-5 at 2. He filed an uncounseled petition for a writ of habeas corpus seeking his release or alternatively a bond hearing. ECF No. 1-1. He filed a counseled amended petition on September 28, 2026. ECF No. 9. Under my prior order, the respondents' response was due October 12, 2026, which is a federal holiday, so the response was due October 13. ECF No. 3 at 2. The respondents did not respond to the petition. On October 14, petitioner filed a notice of non-opposition. I therefore grant the petition as unopposed and order his release.

Estrada also filed a motion to file under seal his motion for a bond redetermination before the immigration judge, along with the exhibits that were attached to the bond motion. I grant that motion in part. I agree with Estrada that the name and date of birth of a minor child should be redacted from ECF No. 12 at 4. LR IC 6-1. But Estrada does not explain why that cannot easily be redacted from the rest of his bond redetermination motion, nor does he show why the rest of that motion should be sealed. As for the exhibits to his motion for bond redetermination,

many have personal identifiers that have already been redacted, and Estrada does not explain why sealing beyond the redacted material is necessary. Further, Estrada has requested to seal matters that are available on the public record or are otherwise not subject to sealing. For example, he seeks to seal an order in *Jacobo-Ramirez v. Mullin*, which is publicly available. ECF No. 12 at 47-106; *see also id.* at 45 (a printout of a state court docket). I therefore grant the motion in part, and ECF No. 12 will remain under seal at this time. Estrada may file a redacted version of ECF No. 12 that removes any personal identifiers or other information that should be redacted under Local Rule IC 6-1, including the minor's name and date of birth. But if Estrada seeks to seal any other aspects of ECF No. 12 beyond the minor's name and date of birth and the redactions that are already present, he must file a properly supported motion. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

I THEREFORE ORDER respondent John Mattos to release petitioner Johnaton Eduardo Paredes Estrada from the custody of the Nevada Southern Detention Center **on Thursday, October 15, 2026 no later than 1:00 p.m**. The respondents must transport Estrada to 501 Las Vegas Blvd. South, Las Vegas, Nevada that same day. The respondents must advise Estrada's counsel of the estimated time of release for coordination purposes at least one hour before he is released.

I FURTHER ORDER the respondents to return all of Estrada's personal property to him upon his release.

I FURTHER ORDER that the respondents may not re-detain Estrada during the pendency of his current removal proceedings without a pre-deprivation, individualized hearing to determine whether detention is appropriate, pursuant to 8 C.F.R. § 236.1(d)(1).

I FURTHER ORDER that the respondents are PERMANENTLY ENJOINED from denying Estrada the ability to be released on bond on the basis that he is subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

I FURTHER ORDER that Estrada's motion to seal **(ECF No. 11) is GRANTED in part**. ECF No. 12 will remain sealed. By October 30, 2026, Estrada must either file a redacted version of ECF No. 12 consistent with Local Rule IC 6-1, or if he seeks to seal matters beyond those parameters, he must file a properly supported motion to seal.

I FURTHER ORDER the clerk of court to close this case.

DATED this 14th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE